1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   Hang D. Le, Esq. (SBN 293450)
3  hlee@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA  91367
   Telephone:  (818) 347-3333
5  Facsimile:   (818) 347-4118

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11
   LUIS DELGADILLO, individually and      Case No. 8:25-cv-02401-FWS-ADS
12 as successor in interest to VICTOR
   DELGADILLO, deceased; and              **DECLARATION OF LUIS
13                                        DELGADILLO AS SUCCESSOR IN
   MELISSA HERNANDEZ, individually        INTEREST TO VICTOR
14 and as successor in interest to VICTOR DELGADILLO (CAL. CODE CIV.
   DELGADILLO, deceased,                  PROC. § 377.32)**
15

16         Plaintiffs,

17    vs.

18 CITY OF ANAHEIM; COUNTY OF
   SAN BERNARDINO; STATE OF
19 CALIFORNIA; and DOES 1-10,
   inclusive,
20

21         Defendants.

22

23

24

25

26

27

28

# C.C.P. § 377.32 DECLARATION OF LUIS DELGADILLO AS SUCCESSOR IN INTEREST TO VICTOR DELGADILLO

I, Luis Delgadillo, do hereby declare as follows:

1. My name is Luis Delgadillo, I am a competent adult over the age of eighteen.

2. I am personally familiar with the facts contained herein and would competently testify thereto if called upon to do so.

3. The name of the decedent in this action is Victor Delgadillo ("Decedent").

4. Decedent is my natural biological son.

5. Decedent died on August 9, 2024, in the city of Orange, California.

6. No proceeding is now pending in California for administration of Decedent's estate.

7. I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and successor to Decedent's interest in this action or proceeding as the biological father of Decedent.

8. No other persons have a superior right to commence this action or proceeding, or to be substituted for Decedent in this pending action or proceeding, with the exception of plaintiff Melissa Hernandez, Decedent's biological mother, who has also executed a declaration as Decedent's successor-in-interest.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Luis Delgadillo, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  11/17/2025  in  Marshalltown , Iowa.

*Signed by:*
*Luis Delgadillo*
E921B0464F4E42B...
Luis Delgadillo

-2-
DECLARATION OF LUIS DELGADILLO AS SUCCESSOR IN INTEREST TO VICTOR DELGADILLO