# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF ORANGE
## HEALTH CARE AGENCY

3052024172881

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 1/24)

3202430013934

STATE FILE NUMBER                                                   LOCAL REGISTRATION NUMBER

| 1. NAME OF DECEDENT—FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| VICTOR | ANTONIO | DELGADILLO |

| 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs | IF UNDER ONE YEAR — Months / Days | IF UNDER 24 HOURS — Hours / Minutes | 6. SEX |
|---|---|---|---|---|
| AKA, ALSO KNOWN AS — Include full AKA (FIRST, MIDDLE, LAST) | 11/10/2005 | 18 | | | M |

| 9. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS/SRDP (at time of death) | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|---|---|---|---|
| IA | 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 | YES [ ] NO [X] UNK [ ] | NEVER MARRIED | 08/09/2024 | 1404 |

| 13. EDUCATION – Highest Level/Degree | 14/15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH? (If yes, see worksheet on back) | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| HS GRADUATE | [X] YES MEXICAN / [ ] NO | MEXICAN AMERICAN, WHITE |

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| STUDENT | PUBLIC EDUCATION | 12 |

**1 of 2**

20. DECEDENT'S RESIDENCE (Street and number, or location)
1911 SOUTH 4TH AVENUE

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| MARSHALLTOWN | MARSHALL | 50158 | 18 | IA |

26. INFORMANT'S NAME, RELATIONSHIP          27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip)
MELLISA HERNANDEZ, MOTHER          1911 SOUTH 4TH AVENUE, MARSHALLTOWN, IA 50158

| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|
| - | - | - |

| 31. NAME OF PARENT–FIRST | 32. MIDDLE | 33. LAST (BIRTH NAME) | 34. BIRTH STATE |
|---|---|---|---|
| LUIS | RAMON | DELGAILLO-SANTILLAN | MEXICO |

| 35. NAME OF PARENT–FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| MELISSA | | HERNANDEZ | IA |

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION |
|---|---|
| 08/19/2024 | RIVERSIDE CEMETERY 611 NORTH CENTER STREET, MARSHALLTOWN, IA 50158 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| TRANSIT/BURIAL | ▶ DAVID J SWEETIN | EMB9021 |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| MIDGLEY-GARDENSIDE MORTUARY | FD1557 | ▶ REGINA CHINSIO-KWONG, DO | 08/14/2024 |

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| UNIVERSITY OF CALIFORNIA IRVINE MEDICAL CENTER | IP [ ] ER/OP [X] DOA [ ] | Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [ ] Other [ ] |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 106. CITY |
|---|---|---|
| ORANGE | 101 THE CITY DR S | ORANGE |

| 107. CAUSE OF DEATH | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) MULTIPLE GUNSHOT WOUNDS TO TORSO AND EXTREMITIES | (AT) MIN | [X] YES [ ] NO |
| (B) | (BT) | CORONER'S FILE NUMBER 24-04310-FM |
| Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (C) | (CT) | 109. BIOPSY PERFORMED? YES [ ] NO [X] |
| (D) | (DT) | 110. AUTOPSY PERFORMED? [X] YES [ ] NO |
| | | 111. USED IN DETERMINING CAUSE? [X] YES [ ] NO |

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107
NONE

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | 113A. DECEDENT PREGNANT IN LAST YEAR? |
|---|---|
| NO | YES [ ] NO [X] UNK [ ] |

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 115. SIGNATURE AND TITLE OF CERTIFIER ▶ | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since (A) mm/dd/ccyy   Decedent Last Seen Alive (B) mm/dd/ccyy | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | | |

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|
| Natural [ ] Accident [ ] Homicide [X] Suicide [ ] Pending Investigation [ ] Could not be determined [ ] | YES [ ] NO [X] UNK [ ] | 08/09/2024 | 1335 |

123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.)
OTHER: PARKING LOT

124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury)
SHOT BY ON-DUTY PEACE OFFICERS WITH HANDGUNS

125. LOCATION OF INJURY (Street and number, or location, and city and zip)
BEHIND 1500 N STATE COLLEGE BLVD., FULLERTON, CA 92831

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| ▶ TRISHA L MARTINEZ | 08/12/2024 | TRISHA L MARTINEZ, DEP CORONER |

| STATE REGISTRAR | A | B | C | D | E | | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|

*005403222*

### CERTIFIED COPY OF VITAL RECORDS
DATE ISSUED **August 19, 2024**

STATE OF CALIFORNIA } SS
COUNTY OF ORANGE }

This is a true and exact reproduction of the document officially registered and placed on file in the office of the VITAL RECORDS SECTION, ORANGE COUNTY HEALTH CARE AGENCY.



REGINA CHINSIO-KWONG, DO
HEALTH OFFICER
ORANGE COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE
THE GREAT SEAL OF THE STATE OF CALIFORNIA · EUREKA
COUNTY OF ORANGE CALIFORNIA