1  LAW OFFICES OF DALE K. GALIPO
    Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
    Hang D. Le, Esq. (SBN 293450)
3  hlee@galipolaw.com
    21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA 91367
    Telephone: (818) 347-3333
5  Facsimile: (818) 347-4118

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased,<br><br>            Plaintiffs,<br>    vs.<br><br>CITY OF ANAHEIM; COUNTY OF SAN BERNARDINO; STATE OF CALIFORNIA; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 8:25-cv-02401-FWS-ADS<br><br>**DECLARATION OF MELISSA HERNANDEZ AS SUCCESSOR IN INTEREST TO VICTOR DELGADILLO (CAL. CODE CIV. PROC. § 377.32)** |

# C.C.P. § 377.32 DECLARATION OF MELISSA HERNANDEZ AS SUCCESSOR IN INTEREST TO VICTOR DELGADILLO

I, Melissa Hernandez, do hereby declare as follows:

1. My name is Melissa Hernandez, I am a competent adult over the age of eighteen.

2. I am personally familiar with the facts contained herein and would competently testify thereto if called upon to do so.

3. The name of the decedent in this action is Victor Delgadillo ("Decedent").

4. Decedent is my natural biological son.

5. Decedent died on August 9, 2024, in the city of Orange, California.

6. No proceeding is now pending in California for administration of Decedent's estate.

7. I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and successor to Decedent's interest in this action or proceeding as the biological mother of Decedent.

8. No other persons have a superior right to commence this action or proceeding, or to be substituted for Decedent in this pending action or proceeding, with the exception of plaintiff Luis Delgadillo, Decedent's biological father, who has also executed a declaration as Decedent's successor-in-interest.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Melissa Hernandez, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 11/17/2025 in Marshalltown, Iowa.

_Melissa Hernandez_
Melissa Hernandez