# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF ORANGE
## HEALTH CARE AGENCY

**STATE FILE NUMBER:** 3052024172881
**LOCAL REGISTRATION NUMBER:** 3202430013934

### CERTIFICATE OF DEATH
*STATE OF CALIFORNIA — USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS*

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | VICTOR |
| 2. MIDDLE | ANTONIO |
| 3. LAST (Family) | DELGADILLO |
| 4. DATE OF BIRTH mm/dd/ccyy | 11/10/2005 |
| 5. AGE Yrs | 18 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | IA |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 7. DATE OF DEATH mm/dd/ccyy | 08/09/2024 |
| 8. HOUR (24 Hours) | 1404 |
| 14. EDUCATION | HS GRADUATE |
| 15. WAS DECEDENT HISPANIC/LATINO/SPANISH? | YES — MEXICAN |
| 16. DECEDENT'S RACE | MEXICAN AMERICAN, WHITE |
| 17. USUAL OCCUPATION | STUDENT |
| 18. KIND OF BUSINESS OR INDUSTRY | PUBLIC EDUCATION |
| 19. YEARS IN OCCUPATION | 12 |
| 20. DECEDENT'S RESIDENCE | 1911 SOUTH 4TH AVENUE |
| 21. CITY | MARSHALLTOWN |
| 22. COUNTY/PROVINCE | MARSHALL |
| 23. ZIP CODE | 50158 |
| 24. YEARS IN COUNTY | 18 |
| 25. STATE/FOREIGN COUNTRY | IA |
| 26. INFORMANT'S NAME, RELATIONSHIP | MELLISA HERNANDEZ, MOTHER |
| 27. INFORMANT'S MAILING ADDRESS | 1911 SOUTH 4TH AVENUE, MARSHALLTOWN, IA 50158 |
| 31. NAME OF PARENT—FIRST | LUIS |
| 32. MIDDLE | RAMON |
| 33. LAST (BIRTH NAME) | DELGAILLO-SANTILLAN |
| 34. BIRTH STATE | MEXICO |
| 35. NAME OF PARENT—FIRST | MELISSA |
| 37. LAST (BIRTH NAME) | HERNANDEZ |
| 38. BIRTH STATE | IA |
| 39. DISPOSITION DATE | 08/19/2024 |
| 40. PLACE OF FINAL DISPOSITION | RIVERSIDE CEMETERY, 611 NORTH CENTER STREET, MARSHALLTOWN, IA 50158 |
| 41. TYPE OF DISPOSITION(S) | TRANSIT/BURIAL |
| 42. SIGNATURE OF EMBALMER | DAVID J SWEETIN |
| 43. LICENSE NUMBER | EMB9021 |
| 44. NAME OF FUNERAL ESTABLISHMENT | MIDGLEY-GARDENSIDE MORTUARY |
| 45. LICENSE NUMBER | FD1557 |
| 46. SIGNATURE OF LOCAL REGISTRAR | REGINA CHINSIO-KWONG, DO |
| 47. DATE | 08/14/2024 |
| 101. PLACE OF DEATH | UNIVERSITY OF CALIFORNIA IRVINE MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | ER/OP |
| 104. COUNTY | ORANGE |
| 105. FACILITY ADDRESS | 101 THE CITY DR S |
| 106. CITY | ORANGE |
| 107. CAUSE OF DEATH – IMMEDIATE CAUSE (A) | MULTIPLE GUNSHOT WOUNDS TO TORSO AND EXTREMITIES |
| Time Interval (AT) | MIN |
| 108. DEATH REPORTED TO CORONER? | YES |
| CORONER NUMBER | 24-04310-FM |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | NO |
| 119. MANNER OF DEATH | HOMICIDE |
| 120. INJURED AT WORK? | NO |
| 121. INJURY DATE | 08/09/2024 |
| 122. HOUR | 1335 |
| 123. PLACE OF INJURY | OTHER: PARKING LOT |
| 124. DESCRIBE HOW INJURY OCCURRED | SHOT BY ON-DUTY PEACE OFFICERS WITH HANDGUNS |
| 125. LOCATION OF INJURY | BEHIND 1500 N STATE COLLEGE BLVD., FULLERTON, CA 92831 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | TRISHA L MARTINEZ |
| 127. DATE | 08/12/2024 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | TRISHA L MARTINEZ, DEP CORONER |

**CERTIFIED COPY OF VITAL RECORDS**

DATE ISSUED: August 19, 2024

STATE OF CALIFORNIA } SS
COUNTY OF ORANGE }

This is a true and exact reproduction of the document officially registered and placed on file in the office of the VITAL RECORDS SECTION, ORANGE COUNTY HEALTH CARE AGENCY.

REGINA CHINSIO-KWONG, DO
HEALTH OFFICER
ORANGE COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

*005403222*

