UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANAHIEIM, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO: 8:25-cv-02401<br><br>*Assigned for All Purposes to:*<br>*Hon. Fred W. Slaughter*<br>*Ctrm 10D*<br>*Magistrate Judge: Autumn D. Spaeth*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF SAN BERNARDINO'S MOTION TO DISMISS and/or STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:        January 8, 2026<br>Time:       10 a.m.<br>Crtrm.:     10D<br><br>*Complaint filed: 09/09/2025*<br>*FAC filed: 11/19/2025* |

1

**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

Defendant County of San Bernardino's ("Defendant") Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion") came on for hearing before this Court on January 8, 2026. Based on the submitted record, argument of the parties and counsel, and good cause appearing therefore, the Court rules as follows:

Defendant's Motion is GRANTED.

The Court hereby orders the following be dismissed from Plaintiffs' Complaint:

1. Plaintiffs' Third Claim for Relief for *Monell* – Inadequate Training (42 U.S.C. § 1983) against the County of San Bernardino is dismissed for failure to state a claim upon which relief may be granted. *See* Fed. R. Civ. P. 12(b)(6).

2. Plaintiffs' Fourth Claim for Relief for *Monell* – Unconstitutional Custom or Policy (42 U.S.C. § 1983) against the County of San Bernardino is dismissed for failure to state a claim upon which relief may be granted. *See* Fed. R. Civ. P. 12(b)(6).

**IT IS SO ORDERED**.

DATED:

**HON. FRED W. SLAUGHTER**
United States District Court Judge