1  ROB BONTA
   Attorney General of California
2  NORMAN D. MORRISON
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL
   Deputy Attorney General
4  State Bar No. 202954
     1300 I Street, Suite 125
5    Sacramento, CA 95814
     Telephone: (916) 210-7320
6    Facsimile: (916) 322-8288
     E-mail: Diana.Esquivel@doj.ca.gov
7  *Attorneys for Defendant State of California, by and
   through the California Department of Corrections
8  and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **LUIS DELGADILLO, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF ANAHEIM, et al.,**<br><br>Defendants. | No. 8:25-cv-02401 FWS (ADSx)<br><br>**STIPULATION FOR FIVE-DAY EXTENSION FOR DEFENDANT STATE OF CALIFORNIA TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>FAC Filed & Served: Nov. 19, 2025<br>Current Response due: Dec. 3, 2025<br>New Response due: Dec. 8, 2025<br>Action Removed: Oct. 23, 2025 |

Under Federal Rules of Civil Procedure 6(b)(1)(A) and Local Rule 7-1, Plaintiffs and Defendant State of California, by and through the California Department of Corrections and Rehabilitation (CDCR), through their respective attorneys of record, stipulate to a five-day extension, up to and including December 8, 2025, for CDCR to respond to the First Amended Complaint (FAC). Good cause exists to grant this requested extension for the following reasons:

1. Plaintiffs filed and served the FAC on November 19, 2025. (ECF No. 15.) The FAC named as Defendants CDCR agents Addi Garcia, Jason Jorski, and Sylvia Ruiz, who were named as Doe Defendants in the original complaint.

2. CDCR's response to the FAC is due December 3, 2025. Fed. R. Civ. P. 15(a)(3).

3. CDCR has not previously requested an extension of time to respond to the FAC.

4. The CDCR agents have not yet been served with the FAC and summons.

5. Counsel for CDCR was hoping to file a single answer on half of the department and the agents. However, at the time of filing this stipulation, CDCR did not have the authority to accept service on behalf of the agents and requires additional time to ascertain the employment status of the agents and whether it can obtain authority to accept service on their behalf to avoid filing multiple answers on behalf of the CDCR Defendants.

5. Good cause appearing and based on the parties' stipulation, the parties request this Court grant CDCR an extension to December 8, 2025, to respond to the FAC.

IT IS SO STIPULATED.

/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | Dated: December 3, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | NORMAN D. MORRISON<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | */s/ Diana Esquivel* |
| 6 | | DIANA ESQUIVEL<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendant CDCR* |
| 8 | | |
| 9 | Dated: December 3, 2025 | LAW OFFICES OF DALE K. GALIPO |
| 10 | | |
| 11 | | */s/ Hang D. Le* * |
| 12 | | DALE K. GALIPO<br>HANG D. LE |
| 13 | | *Attorneys for Plaintiffs Luis Delgadillo and Melissa Hernandez* |

*As required under Local Rule 5-4.3.4(a)(2)(i), the filer, Diana Esquivel, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

SD2025306007
39496025