1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11
12   **LUIS DELGADILLO, et al.,**          No. 8:25-CV-02401 FWS (ADSx)

13                          Plaintiffs,   **[PROPOSED] ORDER GRANTING STIPULATION FOR FIVE-DAY**
14         **v.**                          **EXTENSION FOR DEFENDANT STATE OF CALIFORNIA TO**
15   **CITY OF ANAHEIM, et al.,**           **RESPOND TO THE FIRST AMENDED COMPLAINT**
16                          Defendants.

17

18        Good cause appearing, the parties' stipulation is GRANTED. Defendant State

19   of California, by and through the California Department of Corrections and

20   Rehabilitation, shall respond to Plaintiffs' First Amended Complaint on or before

21   December 8, 2025.

22        IT IS SO ORDERED.

23

24   Dated: _____       _____

25                                          Honorable Fred W. Slaughter
                                            U.S. District Court Judge
26
     SD2025306007
27   39496134

28

                                           1