**NOTE: CHANGES MADE BY COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS DELGADILLO, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**CITY OF ANAHEIM, et al.,**<br><br>Defendants. | Case No. 8:25-cv-02401-FWS-ADS<br><br>**ORDER RE STIPULATION FOR FIVE-DAY EXTENSION FOR DEFENDANT STATE OF CALIFORNIA TO RESPOND TO THE FIRST AMENDED COMPLAINT [26]** |

Based on the record, as applied to the relevant law, and for the good cause demonstrated in the parties' Stipulation for Five-Day Extension for Defendant State of California to Respond to the First Amended Complaint (Dkt. 26, "Stipulation"), the Stipulation is **GRANTED**. Defendant State of California, by and through the California Department of Corrections and Rehabilitation, shall respond to Plaintiffs' First Amended Complaint on or before **December 8, 2025**.

    **IT IS SO ORDERED.**

Dated:  December 5, 2025

_____
Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE