# Exhibit A

**JUDGE FRED W. SLAUGHTER**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
**The parties must make every effort to agree on dates or the court will set them.**

| Case No. | 8:25-cv-02401-FWS-ADS | Case Name: | Delgadillo, et al. v. City of Anaheim, et al. | | |
|---|---|---|---|---|---|

| **Trial and Final Pretrial Conference Dates** | | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|---|
| Check one: [X] Jury Trial or [ ] Bench Trial **[Tuesday at 8:00 a.m., within 18 months after Complaint filed]** Estimated Duration: 6-8 Days | | 9/21/2027 | 9/21/2027 | [ ] Jury Trial [ ] Bench Trial _____ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions *in Limine* **[Thursday at 8:30 a.m., at least 19 days before trial]** | | 8/26/2027 | 8/26/2027 | |

| **Event**[1] *Note:* Hearings shall be on Thursdays at 10:00 a.m. Other dates can be any day of the week. | **Weeks Before FPTC** | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|---|
| Last Date to **Hear** Motion to Amend Pleadings /Add Parties **[Thursday]** | | 8/6/2026 | 8/6/2026 | |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | 26 | 2/25/2027 | 2/25/2027 | |
| Expert Disclosure (Initial) | 24 | 3/4/2027 | 3/4/2027 | |
| Expert Disclosure (Rebuttal) | 22 | 3/18/2027 | 3/18/2027 | |
| Expert Discovery Cut-Off | 20[2] | 4/1/2027 | 4/1/2027 | |
| Last Date to **Hear** Motions [Thursday] <ul><li>Motion for Summary Judgment due at least 6 weeks before hearing</li><li>All other motions due at least 4 weeks before hearing</li><li>Opposition due 2 weeks after Motion is filed</li><li>Reply due 1 week after Opposition is filed</li></ul> | 12 | 6/3/2027 | 6/3/2027 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] *Select* one: [ ] 1. Magistrate Judge [X] 2. Court's Mediation Panel [ ] 3. Private Mediation | 10 | 6/17/2027 | 6/17/2027 | [ ] 1. Magistrate [X] 2. Panel [ ] 3. Private |
| **Trial Filings (first round)** <ul><li>Motions *in Limine* with Proposed Orders</li><li>Memoranda of Contentions of Fact and Law [L.R. 16-4]</li><li>Witness Lists [L.R. 16-5]</li><li>Joint Exhibit List [L.R. 16-6.1]</li><li>Joint Status Report Regarding Settlement</li><li>Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)</li><li>Declarations containing Direct Testimony, if ordered (bench trial only)</li></ul> | 3 | 8/5/2027 | 8/5/2027 | |
| **Trial Filings (second round)** <ul><li>Oppositions to Motions *in Limine*</li><li>Joint Proposed Final Pretrial Conference Order [L.R. 16-7]</li><li>Joint/Agreed Proposed Jury Instructions (jury trial only)</li><li>Disputed Proposed Jury Instructions (jury trial only)</li><li>Joint Proposed Verdict Forms (jury trial only)</li><li>Joint Proposed Statement of the Case (jury trial only)</li><li>Proposed Additional Voir Dire Questions, if any (jury trial only)</li><li>Evidentiary Objections to Declarations of Direct Testimony (bench trial only)</li></ul> | 2 | 8/12/2027 | 8/12/2027 | |

---

[1] The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. Class actions, patent, and ERISA cases may need to vary from the above.

[2] The parties may wish to consider cutting off expert discovery prior to the deadline for filing a motion for summary judgment.