_____

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: SACV 25-02401-FWS (ADSx)           Date: January 20, 2026

Title: Luis Delgadillo et al v. City of Anaheim et al
_____

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**     **SCHEDULING ORDER**

      The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), **VACATES** the Scheduling Conference set for January 29, 2026, and sets the following schedule:

| | |
|---|---|
| Check one: [ X ] Jury Trial  or  [ ] Bench Trial **[Tuesday at 8:00 a.m.]** | **9/21/2027** |
| Parties' *Estimated* Trial Length | **6-8 days** |
| Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m.]** | **8/26/2027** |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **[Thursday]** | **8/6/2026** |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | **2/25/2027** |
| Expert Disclosure (Initial) | **3/4/2027** |
| Expert Disclosure (Rebuttal) | **3/18/2027** |
| Expert Discovery Cut-Off | **4/1/2027** |
| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | **6/3/2027** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>     [ ] 1. Magistrate Judge<br>     [ X ] 2. Court's Mediation Panel<br>     [ ] 3. Private Mediation | **6/17/2027** |

_____

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 25-02401-FWS (ADSx)    Date: January 20, 2026
Title: Luis Delgadillo et al v. City of Anaheim et al

| | |
|---|---|
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact & Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact & Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only | 8/5/2027 |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 8/12/2027 |

**cc:** ADR                                        Initials of Deputy Clerk:  rrp