**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Dale K. Galipo, Esq. (SBN 144074)<br>Hang D. Le, Esq. (SBN 293450)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333   FAX NO.   E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*: : Plaintiffs | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 411 West 4th Street<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br>BRANCH NAME: Central District of California | |
| PLAINTIFF/PETITIONER: LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; et al.<br>DEFENDANT/RESPONDENT: CITY OF ANAHEIM; et al. | CASE NUMBER:<br>8:25-cv-02401-FWS-ADS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2546988CE |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **SUMMONS ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT; CIVIL MINUTES - GENERAL; CIVIL COVER SHEET; ORDER ON PRETRIAL AND TRIAL PROCEDURES (CIVIL CASES); NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; CIVIL STANDING ORDER**
3. a. Party served *(specify name of party as shown on documents served)*:
   **ADDI GARCIA**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Holly Ferguson, Staff Service Employees, Authorized to accept service of process on behalf of ADDI GARCIA**
4. Address where the party was served: **California Department of Corrections & Rehabilitation, Testing Center**
   **10000 Goethe Road, Suite C1**
   **Sacramento, CA 95827**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **2/5/2026** (2) at *(time):* **2:38 PM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2546988

| Plaintiff: LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; et al. | CASE NUMBER: |
| --- | --- |
| Defendant: CITY OF ANAHEIM; et al. | 8:25-cv-02401-FWS-ADS |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*    (2) from *(city):*
  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* **Individual**
    under the following Code of Civil Procedure section:

  ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
  ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
  ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
  ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
  ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                        ☑ other: **FRCP 4(e)(2)(A)**

7. **Person who served papers**
  a. Name: **Ahmad Raza - Ace Attorney Service, Inc.**
  b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
  c. Telephone number: **(213) 623-3979**
  d. **The fee** for service was: **$ 172.96**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner    ☐ employee    ☐ independent contractor.
      (ii) Registration No.: **2025-042**
      (iii) County: **SACRAMENTO**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
  or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

  Date: **2/9/2026**

  **Ahmad Raza**                        *(Signature - Per CC §1633.7)*
  (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)