POS-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*:<br>Dale K. Galipo, Esq. (SBN 144074)<br>Hang D. Le, Esq. (SBN 293450)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO. \| E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*: | **FOR COURT USE ONLY** |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS: 411 West 4th Street
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; et al.
DEFENDANT/RESPONDENT: CITY OF ANAHEIM; et al.

CASE NUMBER: 8:25-cv-02401 FWS (ADSx)

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2546980GG

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; CIVIL STANDING ORDER; CIVIL MINUTES – GENERAL; ORDER ON PRETRIAL AND TRIAL PROCEDURES (CIVIL CASES)

3. a. Party served *(specify name of party as shown on documents served)*:
   **SYLVIA RUIZ**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: **17028 Meteor Way**
   **Riverside, CA 92503**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:    (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: **2/9/2026** at *(time)*: **7:10 AM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **"John Doe", Co-Occupant**
   Age: 50 yrs \| Weight: 200 lbs \| Hair: Bald \| Sex: Male \| Height: 6'0" \| Eyes: \| Race: Black

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☑ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*:    from *(city)*:    or ☑ a declaration of mailing is attached.
   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2546980

| | |
|---|---|
| Plaintiff: LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; et al.<br>Defendant: CITY OF ANAHEIM; et al. | CASE NUMBER:<br>8:25-cv-02401 FWS (ADSx) |

  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                             (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☑ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

|  |  |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: **FRCP 4(e)(2)(B)** |

7. **Person who served papers**
  a. Name: **Zlatko Henezi - Ace Attorney Service, Inc.**
  b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
  c. Telephone number: **(213) 623-3979**
  d. **The fee** for service was: **$ 298.40**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner      ☐ employee      ☑ independent contractor.
      (ii) Registration No.: **1887**
      (iii) County: **SAN BERNARDINO**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/11/2026**

**Zlatko Henezi**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *[signature]* (Signature - Per CC §1633.7)

# DECLARATION OF DUE-DILIGENCE

| | |
|---|---|
| CASE NAME: | LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; et al.<br>v.<br>CITY OF ANAHEIM; et al. |
| CASE NUMBER: | 8:25-cv-02401 FWS (ADSx) |

I am and was on the dates herein mentioned, over the age of 18 years and not a party to the action. I received the within process on February 4, 2026 and after due and diligent effort, I have been unable to effect personal service of the following document(s) on the within named: **Summons; FIRST AMENDED COMPLAINT;CIVIL COVER SHEET;NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;CIVIL STANDING ORDER;CIVIL MINUTES – GENERAL;ORDER ON PRETRIAL AND TRIAL PROCEDURES (CIVIL CASES)**

| | |
|---|---|
| Name: | **SYLVIA RUIZ** |
| 1st Address: | **17028 Meteor Way**<br>**Riverside, CA 92503** |

Dates and times of attempts with reported details are listed below:

| Date | Time | Server | Result |
|---|---|---|---|
| 2/5/2026 | 7:40 AM | Zlatko Henezi | I arrived at the address given for service of process. The address corresponds to a residence. I observed one vehicle was parked in the driveway. I knocked on the front door and rang the doorbell and waited several minutes, but received no response. |
| 2/8/2026 | 7:56 PM | Zlatko Henezi | I arrived at the address given for service of process. No vehicles were observed parked in the driveway. I rang the doorbell and waited for a few minutes. However, no one answered the door. |
| 2/9/2026 | 7:10 AM | Zlatko Henezi | As such, I arrived at the address given for service of process. I was able to substitute serve "John Doe" (Male, African American, 50 yrs old, 6'0", 200 lbs) Co-Occupant, on behalf of Sylvia Ruiz. |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of February, 2026 at Los Angeles, California.

Process Server for
**Ace Attorney Service, Inc.**
800 S. Figueroa Street, Suite 900
Los Angeles, CA 90017
(213) 623-3979

_[signature]_
_____
**Zlatko Henezi**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Dale K. Galipo, Esq. (SBN 144074)<br>Hang D. Le, Esq. (SBN 293450)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO. \| E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*: : | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: 411 West 4th Street<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br>BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | |
| PLAINTIFF/PETITIONER: LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; et al.<br>DEFENDANT/RESPONDENT: CITY OF ANAHEIM; et al. | CASE NUMBER:<br>8:25-cv-02401 FWS (ADSx) |
| **PROOF OF SERVICE BY MAIL** | Ref. No. or File No.:<br>2546980GG |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; FIRST AMENDED COMPLAINT;CIVIL COVER SHEET;NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;CIVIL STANDING ORDER;CIVIL MINUTES – GENERAL;ORDER ON PRETRIAL AND TRIAL PROCEDURES (CIVIL CASES)

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

   a. Date of Mailing:        **February 9, 2026**
   b. Place of Mailing:       **Los Angeles, CA**
   c. Addressed as follows:   **Sylvia Ruiz**
                              **17028 Meteor Way**
                              **Riverside, CA 92503**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: .00

Ace Attorney Service, Inc.
800 S. Figueroa Street, Suite 900
Los Angeles, CA 90017
(213) 623-3979

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 11, 2026**.

Signature: _____

Aida Lopez
(Signature

**PROOF OF SERVICE BY MAIL**

Order#: 2546980/mailproof