1  ROB BONTA
   Attorney General of California
2  NORMAN D. MORRISON
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL
   Deputy Attorney General
4  State Bar No. 202954
     1300 I Street, Suite 125
5    Sacramento, CA 95814
     Telephone:  (916) 210-7320
6    Facsimile:  (916) 322-8288
     E-mail:  Diana.Esquivel@doj.ca.gov
7  *Specially Appearing for Defendants Addi Garcia,
   Jason Jorski, and Sylvia Ruiz*

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14  **LUIS DELGADILLO, et al.,**          No. 8:25-cv-02401 FWS-ADS

15                        Plaintiffs,    **STIPULATION TO EXTEND
                                          TIME TO RESPOND TO FIRST
16       **v.**                           AMENDED COMPLAINT BY NO
                                          MORE THAN 30 DAYS (L.R. 8-3)**

17  **CITY OF ANAHEIM, et al.,**          Complaint Served:    Feb. 5 & 9, 2026
                                          Current Response due:  2/26 & 3/2/26
18                       Defendants.     New Response due:    March 30, 2026
                                          Trial Date:          Sept. 21, 2027
19                                        Action Removed:      Oct. 23, 2025

20

21          Under Federal Rules of Civil Procedure 6(b)(1)(A) and 12(a)(1) and Local

22  Rule 8-3, Plaintiffs, through their respective attorneys of record, and Defendants

23  Garcia, Jorski, and Ruiz, specially appearing through counsel at the Office of the

24  Attorney General for the State of California, stipulate to a 30-day extension for

25  Defendants to respond to the First Amended Complaint (FAC). Defendants were

26  not named in the initial complaint (*see* ECF No. 1) such that the FAC is the initial

27  complaint as to these Defendants.

28

Stipulation for 30-Day Extension for
Defendants Agents to Respond to FAC                    1              (No. 8:25-cv-02401)
(L.R. 8-3)

1       Defendants Garcia and Jorski were served on February 5, by delivery of the

2    summons and FAC to the California Department of Corrections and Rehabilitation

3    (CDCR), and Defendant Ruiz was served by substitute service on February 9 (ECF

4    Nos. 39-41). Assuming service was proper or complete (*see* Fed. R. Civ. P. 4(i)(3),

5    12(a)(2)-(3)), Defendants' responses may currently be due February 26 and March

6    2, respectively. Defendants have not previously requested an extension to respond

7    to the FAC.

8       Based on the parties' stipulation, Defendants' response to the FAC is now due

9    March 30, 2026, unless the Federal Rules of Civil Procedure provide otherwise.

10      IT IS SO STIPULATED.

11   Dated:  February 26, 2026                Respectfully submitted,

12                                            ROB BONTA
                                              Attorney General of California
13                                            NORMAN D. MORRISON
                                              Supervising Deputy Attorney General
14

15                                            */s/ Diana Esquivel*

16                                            DIANA ESQUIVEL
                                              Deputy Attorney General
17                                            *Attorneys for Defendant State of Cal., by*
                                              *and through the CHP and CDCR*
18

19
     Dated:  February 26, 2026                LAW OFFICES OF DALE K. GALIPO
20

21                                            */s/ Hang D. Le* *

22                                            DALE K. GALIPO
                                              HANG D. LE
23                                            *Attorneys for Plaintiffs Luis Delgadillo*
                                              *and Melissa Hernandez*
24

25

26   *As required under Local Rule 5-4.3.4(a)(2)(i), the filer, Diana Esquivel, attests
     that all other signatories listed, and on whose behalf the filing is submitted, concur
27   in the filing's content and have authorized the filing.

28   SD2025306007/39668627

     Stipulation for 30-Day Extension for
     Defendants Agents to Respond to FAC          2                        (No. 8:25-cv-02401)
     (L.R. 8-3)