Anita K. Clarke-Valencia, Deputy City Attorney
Anaheim City Attorney
200 S. Anaheim Blvd., #356
Anaheim, CA 92805
(714) 765-5169

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luis Delgadillo, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>City of Anaheim, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:25-cv-02401 FWS-ADS<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✓]  The parties stipulate that _____Richard Copeland_____ may serve as the Panel Mediator in the above-captioned case. _____Defendant City of Anaheim_____ has contacted
                                                                    (Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____TBD_____ and counsel will submit mediation statements seven calendar days
        (Date)
before the session.

[ ]  The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: March 12, 2026         /s/ Hang Le
                              Attorney For Plaintiff   Luis Delgadillo, et al.

Dated: March 12, 2026         /s/ Anita K. Clarke-Valencia
                              Attorney For Defendant   City of Anaheim

Dated: March 12, 2026         /s/ Diana Esquivel
                              Attorney For Defendant   State of Cal., by/thru CDCR

Dated: March 12, 2026         /s/ Amy R. Margolies
                              Attorney For Defendant   County of San Bernardino

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*