TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litig. Section
ZAKARIYA K. VARSHOVI (Cal. Bar No. 349731)
Assistant United States Attorney
300 North Los Angeles St., Ste. 7516
Los Angeles, CA 90012
Telephone: (213) 894-3994
E-mail: Zakariya.Varshovi@usdoj.gov

*Attorneys for Defendants*
*United States of America,*
*Addi Garcia, Jason Jorski, and Sylvia Ruiz*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LUIS DELGADILLO, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF ANAHEIM, *et al.*, <br><br> *Defendants*. | Case No. 8:25-cv-02401-FWS-ADS <br><br> **NOTICE OF SUBSTITUTION** <br> [28 U.S.C. § 2679(d)] <br><br> [*Certification of scope of federal employment and proposed order correcting caption filed concurrently*] <br><br> Hon. Fred W. Slaughter <br> U.S. District Judge |

1

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFFS, BY AND THROUGH THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 2679(d), the United States of America is hereby substituted as the Defendant herein, in place and instead of Addi Garcia, Jason Jorski, and Sylvia Ruiz as to Plaintiffs' claims for battery (Claim 8), negligence (Claim 9), and the Bane Act, Cal. Civ. Code § 52.1 (Claim 10). The basis for this substitution is set forth in the Certification of the Chief of the Civil Division for the Central District of California, stating that Defendants Addi Garcia, Jason Jorski, and Sylvia Ruiz acted within the course and scope of their employment during the relevant events in this action. Defendants Addi Garcia, Jason Jorski, and Sylvia Ruiz will remain as individually named defendants for Plaintiffs' claims under 42 U.S.C. § 1983 (Claims 1, 2, and 5) and *Bivens* (Claims 6 and 7).

A true and correct copy of the Certification is attached hereto.

Dated: March 27, 2026     Respectfully submitted,

TODD BLANCH
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litig. Section

/s/ *Zakariya K. Varshovi*
ZAKARIYA K. VARSHOVI
Assistant United States Attorney

*Attorneys for Defendants*
*United States of America,*
*Addi Garcia, Jason Jorski, and Sylvia Ruiz*

2