<u>CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT</u>

I, David M. Harris, Chief of the Civil Division, United States Attorney's Office for the Central District of California, pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by the Attorney General of the United States under 28 C.F.R. §15.4, hereby certify as follows:

1.     I have read the First Amended Complaint entitled *Luis Delgadillo, individually and as successor in interest to Victor Delgadillo, deceased; and Melissa Hernandez, individually and as successor in interest to Victor Delgadillo, deceased v. City of Anaheim; County of San Bernardino; State of California; Addi Garcia; Jason Jorski; Sylvia Ruiz; and does 4-10, inclusive*, Case No. 8:25-cv-02401-FWS-ADS, filed in the United States District Court for the Central District of California following removal of Plaintiffs' complaint in the Superior Court of the State of California for Orange County.

2.     Based upon the information now available to me with respect to the incidents referred to in the First Amended Complaint, Defendants Addi Garcia, Jason Jorski, and Sylvia Ruiz were acting within the course and scope of employment with the United States at all times material to the incidents alleged in the First Amended Complaint.

DATED: March 27, 2026

_____
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division