UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LUIS DELGADILLO, *et al.*, | Case No. 8:25-cv-02401-FWS-ADS |
| *Plaintiffs*, | [PROPOSED] |
| v. | ORDER CORRECTING CAPTION [28 U.S.C. § 2679(d)] |
| CITY OF ANAHEIM, *et al.*, | Hon. Fred W. Slaughter |
| *Defendants*. | U.S. District Judge |

The Court, having received a duly executed Certification from the Chief of the Civil Division for the Central District of California, attesting to the facts that Defendants Addi Garcia, Jason Jorski, and Sylvia Ruiz were acting within the course and scope of their employment at all times relevant to the incident alleged in the First Amended Complaint, having received a Notice of Substitution of the United States of America as the Defendant in place and instead of Defendants Addi Garcia, Jason Jorski, and Sylvia Ruiz with respect to Plaintiffs' claims for battery (Claim 8), negligence (Claim 9), and the Bane Act, Cal. Civ. Code § 52.1 (Claim 10), and having considered the provisions of 28 U.S.C. § 2679(d), authorizing the substitution,[1]

IT IS HEREBY ORDERED THAT THE CAPTION SHALL BE CHANGED AS FOLLOWS:

LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased,

*Plaintiffs*,

v.

CITY OF ANAHEIM; COUNTY OF SAN BERNARDINO; STATE OF CALIFORNIA; ADDI GARCIA; JASON JORSKI; SYLVIA RUIZ; UNITED STATES OF AMEREICA and DOES 4-10, inclusive,

*Defendants*.

Dated:_____                    _____
                                                 Honorable Fred W. Slaughter
                                                 United States District Judge

---

[1] Defendants Addi Garcia, Jason Jorski, and Sylvia Ruiz, however, shall remain as individually named defendants for Plaintiffs' claims under 42 U.S.C. § 1983 (Claims 1, 2, and 5) and *Bivens* (Claims 6 and 7).