LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (SBN 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333

*Attorneys for Plaintiffs*
*Luis Delgadillo and Melissa Hernadez*

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litig. Section
ZAKARIYA K. VARSHOVI (Cal. Bar No. 349731)
Assistant United States Attorney
300 North Los Angeles St., Ste. 7516
Los Angeles, CA 90012
Telephone: (213) 894-3994
E-mail: Zakariya.Varshovi@usdoj.gov

*Attorneys for Defendants*
*United States of America,*
*Addi Garcia, Jason Jorski, and Sylvia Ruiz*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| LUIS DELGADILLO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF ANAHEIM, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-02401-FWS-ADS<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT BY 30 DAYS**<br><br>[*Declaration of Zakariya K. Varshovi and (Proposed) Order filed herewith*]<br><br>Hon. Fred W. Slaughter<br>U.S. District Judge |

IT IS HEREBY STIPULATED, subject to the Court's approval, between Defendants United States of America, Addi Garcia, Jason Jorski and Sylvia Ruiz (collectively, Defendants), and Plaintiffs Luis Delgadillo and Melissa Hernandez (together, the Parties) to extend Defendants' deadline to respond to Plaintiffs' First Amended Complaint (Dkt. No. 15 (FAC)) by thirty days, for the reasons below.

1.     This is a civil rights and tort action, consisting of ten claims, eight of which are lodged against Defendants. *See generally* FAC.

2.     This is the second request to extend Defendants Addi Garcia, Jason Jorski, and Sylvia Ruiz's time to respond to Plaintiffs' First Amended Complaint. Declaration of Zakariya K. Varshovi ("Varshovi Decl.") ¶ 2; Dkt. No. 42 (L.R. 8-3 Stip.). And this is the first request to extend Defendant United States of America's time to respond to Plaintiffs' FAC. Varshovi Decl. ¶ 3.

3.     On March 27, 2026, Defendants filed a Notice of Substitution, substituting the United States as the Defendant in place and instead of Addi Garcia, Jason Jorski, and Sylvia Ruiz as to Plaintiffs' claims for battery (Claim 8), negligence (Claim 9), and the Bane Act, Cal. Civ. Code § 52.1 (Claim 10). Dkt. No. 45.[1]

4.     Undersigned counsel for Defendants was only recently assigned to this matter and respectfully requests additional time to examine Plaintiffs' claims and the matters alleged in the FAC before an answer, motion, or other pleading may be prepared. *Id.* ¶ 4.

5.     Accordingly, the Parties respectfully request that the Court continue Defendants United States of America, Addi Garcia, Jason Jorski, and Sylvia Ruiz's deadline to respond to Plaintiffs' FAC by thirty days.

[SIGNATURES ON THE FOLLOWING PAGE]

---

[1] Defendants Addi Garcia, Jason Jorski, and Sylvia Ruiz will remain as individually named defendants for Plaintiffs' claims under 42 U.S.C. § 1983 (Claims 1, 2, and 5) and Bivens (Claims 6 and 7).

Dated: March 27, 2026

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

_/s/ Zakariya K. Varshovi_*
ZAKARIYA K. VARSHOVI
Assistant United States Attorney

*Attorneys for Defendants*
*United States of America, Addi Garcia,*
*Jason Jorski. and Svlvia Ruiz*

Respectfully submitted,

LAW OFFICES OF DALE K. GALIPO

_/s/ Hang D. Le_
Dale K. Galipo
Hang D. Le

*Attorneys for Plaintiffs*
*Luis Delgadillo and*
*Melissa Hernadez*

---

\* Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in its contents and authorize its filing.

3

## <u>DECLARATION OF ZAKARIYA VARSHOVI</u>

I, Zakariya K. Varshovi, hereby declare:

1.      I have personal knowledge of the following facts, and if called upon, I would truthfully testify as set forth below.  I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent Defendant United States of America and individual Defendants Addi Garcia, Jason Jorski and Sylvia Ruiz, in the above-captioned matter.

2.      This is the second request to extend Defendants Addi Garcia, Jason Jorski, and Sylvia Ruiz's time to respond to Plaintiffs' First Amended Complaint.  Dkt. No. 42 (L.R. 8-3 Stip.).

3.      This is the first request to extend Defendant United States of America's time to respond to Plaintiffs' First Amended Complaint.

4.      Undersigned counsel was only recently assigned to this matter and respectfully requests additional time to examine Plaintiffs' claims and the matters alleged in the FAC before an answer, motion, or other pleading may be prepared.

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2026, at Los Angeles, California.

/s/ *Zakariya K. Varshovi*
ZAKARIYA K. VARSHOVI