UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LUIS DELGADILLO, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>CITY OF ANAHEIM, *et al.*,<br><br>    *Defendants*. | Case No. 8:25-cv-02401-FWS-ADS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT BY 30 DAYS** |

1

Upon consideration of the Joint Stipulation between Defendants United States of America, Addi Garcia, Jason Jorski and Sylvia Ruiz (collectively, Defendants), and Plaintiffs Luis Delgadillo and Melissa Hernandez (together, the Parties) to extend Defendants' deadline to respond to Plaintiffs' First Amended Complaint (Dkt. No. 15) by thirty days, and for good cause shown,

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation is **GRANTED**.

**IT IS FURTHER ORDERED** that the time for Defendants United States of America, Addi Garcia, Jason Jorski and Sylvia Ruiz to respond to Plaintiffs' First Amended Complaint is continued until April 29, 2026.

Date:

_____
The Honorable Fred W. Slaughter
United States District Judge

2