**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

LUIS DELGADILLO, *et al.*,

        *Plaintiffs*,

        v.

CITY OF ANAHEIM, *et al.*,

        *Defendants*.

Case No. 8:25-cv-02401-FWS-ADS

**ORDER RE JOINT STIPULATION TO CONTINUE DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT BY 30 DAYS [46]**

///

///

///

1

Having reviewed and considered the Joint Stipulation to Continue Deadline to Respond to Plaintiffs' First Amended Complaint by 30 Days [46] ("Stipulation"), between Defendants United States of America, Addi Garcia, Jason Jorski and Sylvia Ruiz (collectively, "Defendants"), and Plaintiffs Luis Delgadillo and Melissa Hernandez (together, "Plaintiffs"), the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

The deadline for Defendants to respond to Plaintiffs' First Amended Complaint is **EXTENDED** to and including **April 29, 2026.**

**IT IS SO ORDERED**.

Dated:  March 30, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2