**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS DELGADILLO, et al., | CASE NUMBER |
| Plaintiff(s) | 8:25-cv-02401 FWS-ADS |
| v. | |
| CITY OF ANAHEIM, et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Addi Garcia, Jason Jorski & Sylvia Ruiz     ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

☒ to substitute  Zakariya K. Varshovi                                              who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

U.S. Attorney's Office, 300 N. Los Angeles Street, Suite 7516
_____
                                        *Street Address*

Los Angeles, CA 90012                              Zakariya.Varshovi@usdoj.gov
_____                          _____
     *City, State, Zip*                                  *E-Mail Address*

(213) 503-1662            (213) 894-7810            349731
_____         _____         _____
*Telephone Number*          *Fax Number*            *State Bar Number*

as attorney of record instead of  Diana Esquivel, Office of the Attorney General for the State
                                  _____
                                  *List **all** attorneys from same firm or agency who are withdrawing.*

of California.  Ms. Esquivel will continue to represent Defendant California Department of

Corrections and Rehabilitation.

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of _____
                                              *List **all** attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____

**is hereby** ☐ **GRANTED** ☐ **DENIED**

Dated _____

                                        _____
                                        U. S. District Judge/U.S. Magistrate Judge