**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS DELGADILLO, et al., | CASE NUMBER |
| Plaintiff(s) | 8:25-cv-02401 FWS-ADS |
| v. | |
| CITY OF ANAHEIM, et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**  [48] |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Addi Garcia, Jason Jorski & Sylvia ^Ruiz    ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

☒ to substitute  Zakariya K. Varshovi _____    who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

U.S. Attorney's Office, 300 N. Los Angeles Street, Suite 7516
_____

Los Angeles, CA 90012                *Street Address*        Zakariya.Varshovi@usdoj.gov
_____                        _____
*City, State, Zip*                                        *E-Mail Address*

(213) 503-1662                (213) 894-7810                349731
_____        _____        _____
*Telephone Number*            *Fax Number*                *State Bar Number*

as attorney of record instead of  Diana Esquivel, Office of the Attorney General for the State
                                *List **all** attorneys from same firm or agency who are withdrawing.*

of California.   Ms. Esquivel will continue to represent Defendant California Department of

Corrections and Rehabilitation.
**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of [_____]
                                *List **all** attorneys from same firm or agency who are withdrawing.*

[_____]

to withdraw as attorney of record for [_____]
**is hereby** ☐ **GRANTED**  ☐ **DENIED**

Dated  April 15, 2026
          _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)          **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**