UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LUIS DELGADILLO, *et al.*, | Case No. 8:25-cv-02401-FWS-ADS |
| *Plaintiffs*, | **DECLARATION OF SEAN LOPICCOLO** |
| v. | |
| CITY OF ANAHEIM, *et al.*, | |
| *Defendants*. | |

1

I, Sean LoPiccolo, hereby declare as follows:

1.     I am a full-time employee of the Investigative Operations Division of the United States Marshals Service (USMS), and I currently serve as the Acting Commander of USMS's Pacific Southwest Regional Fugitive Task Force (PSWRFTF).  As Acting Commander, I oversee all of PSWRFTF's operations, and I am familiar with, and have access to, the task force's records.

2.     USMS oversees the nation's regional federal fugitive task forces, which were established under the Presidential Threat Protection Act of 2000.  PSWRFTF, which began operating in 2002, is one of the nation's eight regional federal fugitive task forces, and it is headquartered in Los Angeles County, California.  As with all of its regional federal fugitive task forces, USMS controls, directs, and supervises PSWRFTF's day-to-day operations.

3.     To carry out its obligations, PSWRFTF has full-time USMS employees, many of whom are Deputy United States Marshals or USMS Senior Inspectors.  USMS also deputizes state and local law enforcement officers as Special Deputy United States Marshals to carry out the functions and authority of Deputy United States Marshals in connection with federal fugitive task force operations.

4.     Once sworn and formally deputized as a Special Deputy United States Marshal, a state or local law enforcement officer is assigned by his or her respective law enforcement agency to a USMS fugitive task force to undertake federal fugitive apprehension operations supervised and directed by USMS.  For example, when a Special Deputy United States Marshal is assigned to PSWRFTF, s/he is under the day-to-day supervision and direction of USMS; he or she is not under the supervision or direction of his or her respective state or local law enforcement agency.

5.     When a state or local officer is deputized as a Special Deputy United States Marshal, s/he must complete a Special Deputation Oath of Office, Authorization and Appointment document, known as a Form USM-3B.  In completing a Form USM-3B, a Special Deputy United States Marshal agrees to faithfully execute lawful orders issued

2

under the authority of the United States and directed to the United States Marshal, USMS, or an appropriate federal official. Further, the Form USM-3B states that the appointments of Special Deputy United States Marshals are to execute arrest and search warrants supporting a federal task force under Title 18 of the United States Code.

6. I am familiar with the arrest of Victor Delgadillo. At the time of his arrest on August 9, 2024, Delgadillo was a fugitive from Iowa wanted for first-degree murder.

7. When USMS learned that Delgadillo arrived in southern California, it tasked PSWRFTF with locating and apprehending him. PSWRFTF began its efforts to locate and apprehend Delgadillo in southern California in July 2024.

8. On August 9, 2024, a PSWRFTF team supervised and directed by Deputy United States Marshal Byron Branch arrested and apprehended Delgadillo. Special Deputy United States Marshals Addi Garcia, Jason Jorski, and Sylvia Ruiz were members of this PSWRFTF team. Before Delgadillo's arrest, Garcia, Jorski, and Ruiz were duly sworn as Special Deputy United States Marshals and assigned by their employer (the California Department of Corrections and Rehabilitation) to PSWRFTF for fugitive apprehension operations.

9. I have reviewed redacted copies of the Form USM-3Bs for the deputization of Special Deputy United States Marshals Garcia, Jorski, and Ruiz. *See* **Exhibit A** (11/9/2022 Form USM-3B for Garcia); **Exhibit B** (9/19/2023 Form USM-3B for Jorski); **Exhibit C** (5/16/2024 Form USM-3B for Ruiz). Each deputization was valid and effective when Deputy United States Marshal Branch's PSWRFTF team encountered Delgadillo in Anaheim, California on August 9, 2024.

10. At the time of the August 9, 2024 operation to arrest and apprehend Delgadillo, Special Deputy United States Marshals Garcia, Jorski, and Ruiz were under the supervision and direction of Deputy United States Marshal Branch and USMS.

11. During August 9, 2024 arrest and apprehension of Delgadillo, Special Deputy United States Marshals Garcia, Jorski, and Ruiz reported to Deputy United States Marshal Branch and USMS, not the California Department of Corrections and Rehabilitation. The

California Department of Corrections and Rehabilitation played no role in PSWRFTF's efforts to arrest and apprehend Delgadillo.  Nor did the State of California or the California Department of Corrections and Rehabilitation have any role in supervising, directing, or managing Special Deputy United States Marshals Garcia, Jorski, and Ruiz during their involvement with Deputy United States Marshal Branch's PSWRFTF team, including at the time of the August 9, 2024 operation to arrest and apprehend Delgadillo.

12.    I make this declaration based on the information available to me in USMS databases and records and declare pursuant to 28 U.S.C. § 1746, under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

* * *

Executed on April 29, 2026, in Los Angeles County, California.

 _/s/ *Sean LoPiccolo*_____
Sean LoPiccolo
Acting Commander, PSWRFTF
United States Marshals Service

4