**U.S. Department of Justice**
**United States Marshals Service**



# Special Deputation Oath of Office, Authorization and Appointment

This form must be completed after an application for Special Deputation (Form USM-3A) has been submitted to, and approved by, the Assistant Chief Inspector of the Special Deputation Program, Tactical Operations Division. **Return this form to the Special Deputation Program at** ████ @usdoj.gov **after completion.**

## OATH OF OFFICE

I, JASON E JORSKI _____ (*Use name as stated on application*) do solemnly swear (affirm) that I will faithfully execute all lawful orders issued under the authority of the United States directed to the United States Marshal, the United States Marshals Service, or to an appropriate Federal Official. I will perform the duties of a Special Deputy United States Marshal with integrity, professionalism, and impartiality. I will exercise the authorities as limited by this Special Deputation solely in furtherance of the mission for which I have been specially deputized, and only while this Special Deputation shall be in effect. I agree to abide by the conditions set forth in the appointment. So help me God.

Subscribed and sworn to me this **14** day of **JUNE**, **2024** at **RANCHO CUCAMONGA**  **CA**
  Month   Year   City   State

Sig ████

05/31/2027
**Expiration Date**

IOD-PACIFIC SOUTHWEST RFTF-C-CA
**District or Division**

## SPONSORING AGENCY INFORMATION

CA DEPT OF CORRECTIONS & REHAB
**Appointee's Employer**

9160 CLEVELAND, RANCHO CUCAMONGA, CA 91791
**Employer's Address**

US MARSHALS SERVICE
**Sponsoring Agency**

**Sponsoring Agency Contact Name and Phone No. during Special Deputation (U.S. Marshal or Designated Federal Official)**

### TERMS OF SPECIAL DEPUTATION

The individual named herein is appointed, under authority delegated by the Attorney General, to perform the duties of the Office of Special Deputy United States Marshal as directed by an appropriate official of the United States Marshals Service or some other appropriate Federal Official as so designated. This appointment does not constitute employment by the United States Marshals Service, the United States Department of Justice, or the United States Government. The appointee agrees to perform the duties required under this Special Deputation with the knowledge that he or she is neither entering into an employment agreement with the Federal Government or any element thereof, nor being appointed to any position in the Federal Service by virtue of this Special Deputation. The appointee understands and acknowledges that the authorities vested in him or her by this special deputation can only be exercised in furtherance of the mission for which he or she has been specially deputized and extend only so far as may be necessary to faithfully complete that mission. Moreover, those authorities terminate at the expiration of the term of the Special Deputation.

*For verification, contact*
*United States Marshals Service Communications Center*
*(202) 307-9100.*

USM-3 ID: 211701

### SPECIAL DEPUTATION APPOINTMENT

This certifies that
JASON E JORSKI
PACIFIC SOUTHWEST REGIONAL FUGITIVE TF

has been specially appointed as a Special Deputy U.S. Marshal
to perform the following duties as authorized by law:

**\* TO SEEK AND EXECUTE ARREST AND SEARCH WARRANTS SUPPORTING A FEDERAL TF UNDER TITLE 18 AUTHORITY**

This deputation has the following limitations:

**\* NOT AUTHORIZED TO PARTICIPATE IN FEDERAL DRUG INVESTIGATIONS UNLESS DEPUTIZED BY DEA OR FBI**
**\* NOT VALID OFF DUTY. ESCORTED ACCESS UNTIL**

05/31/2027
**Expiration Date**

**Assistant Chief Inspector, Special Deputation Program or Designee**

05/16/2024
**Authorization Date**

**U.S. Marshal or Designated Federal Official**

Form USM-3B
Rev. 05/23
(Previously Form USM-3)

Exhibit B to LoPicollo Declaration