UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LUIS DELGADILLO, *et al.*, | Case No. 8:25-cv-02401-FWS-ADS |
| *Plaintiffs*, | **DECLARATION OF BYRON BRANCH** |
| v. | |
| CITY OF ANAHEIM, *et al.*, | |
| *Defendants*. | |

1

I, Bryon Branch, hereby declare as follows:

1.      I am a Deputy United States Marshal with the United States Marshals Service (USMS), and I am presently assigned to USMS's district office in the Southern District of California.

2.      In July and August of 2024, I was assigned by USMS to its Pacific Southwest Regional Fugitive Task Force (PSWRFTF), based in Los Angeles County, California.

3.      I was present during the arrest and apprehension of Victor Delgadillo.  At the time of his arrest and apprehension on August 9, 2024, Delgadillo was a fugitive wanted for first-degree murder.  *See* **Exhibit A** (the warrant for Delgadillo's arrest issued on June 2, 2024 in Marshall County, Iowa).

4.      PSWRFTF assigned Delgadillo's arrest warrant to me when, in July 2024, USMS learned that Delgadillo arrived in southern California.  As a result, I was the case agent charged with locating and apprehending him.  I also managed and supervised the PSWRFTF team tasked with locating and apprehending him.  This team included Special Deputy United States Marshals Addi Garcia, Jason Jorski, and Sylvia Ruiz.

5.      At the time of the August 9, 2024 operation to apprehend and arrest Delgadillo, the PSWRFTF team that I personally managed and supervised included Special Deputy United States Marshals Garcia, Jorski, and Ruiz.  Based on USMS records and information personally known by me, Garcia, Jorski, and Ruiz were properly sworn and appointed Special Deputy United States Marshals assigned to PSWRFTF before the August 9, 2024 operation to apprehend and arrest Delgadillo.

6.      At the time of the August 9, 2024 operation to apprehend and arrest Delgadillo, Special Deputy United States Marshals Garcia, Jorski, and Ruiz reported to me and PSWRFTF; they did not report to the State of California or the California Department of Corrections and Rehabilitation.

7.      I make this declaration based on the information available to me in USMS databases and records and declare pursuant to 28 U.S.C. § 1746, under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

2

* * *

Executed on April 29, 2026, in San Diego, California.

　　　　　　　　　　　　　　 _/s/ Bryon Branch___ _____
　　　　　　　　　　　　　　 Bryon Branch
　　　　　　　　　　　　　　 Deputy United States Marshal
　　　　　　　　　　　　　　 United States Marshals Service