# ARREST WARRANT

MPD Case#: **PD24-~~01224~~**

*01244*

**STATE OF IOWA**
**COUNTY OF MARSHALL**
**MARSHALLTOWN, IOWA**

Charge:  **Murder 1st Degree**
Code Section:  **707.2(1)(a)**    Iowa Criminal Code
Date Warrant Issued_____

**Victor Antonio Delgadillo**    ████████████████████
*Defendant's name*                                   *address*
**W/M**
*Race / Sex*
████████    **6'00", 190, Bro. Blk**
*D.O.B.*        *Height  Weight  Eyes  Hair*

**RECEIVED**
**JUN  2 2024**
By: ....................

## TO: ANY PEACE OFFICER OF THE STATE

__X__ A complaint having been filed with me, and a finding of probable cause having made that the defendant committed the above crime.
_____An Information (Indictment) having been filed in the District Court of said county charging the defendant with the above listed crime.
_____The defendant having failed to appear before this court after initial appearance but prior to final disposition of the above charge.
_____The defendant, having been given a **suspended deferred** sentence for the above violation and a complaint having been filed with the court to revoke such probation.
_____Other (describe)_____

You are commanded forthwith to arrest said defendant and take him/her before the nearest, most accessible magistrate without unnecessary delay pursuant to Section 804.21 of the Iowa Criminal Code.

Bail is set in the amount of __No Bond_____plus Service and Mileage
Unsecured appearance bond is
_____acceptable_____unacceptable

Ten percent deposit is
_____acceptable_____unacceptable

(Associate) Judge, Magistrate
(Designee) Clerk

Seal
(If officer has)

Note: Clerks and Judicial Magistrates
cannot always issue warrants of arrest.

| **FEES** | **RETURN OF SERVICE** |
|---|---|

Service $_____
Copies  $_____
Mileage $_____
Total    $_____

State of Iowa

_____ County   ss:
I certify that I served this warrant by arresting said person on the _____ day of _____, 20_____ and bringing him before the nearest, most accessible magistrate.

_____
Name of Peace Officer

_____
Appearance Date

_____
Agency and Title

## COMMITMENT BY REVIEWING JUDGE/MAGISTRATE

The defendant appeared before this Court at _____o'clock_____M on the _____day of_____,____.
Conditions for his release were reviewed and the defendant unable to meet conditions imposed by this court.

The defendant is hereby committed to the custody of the officer bringing him/her before the Court until removal to appear before the Judge/Magistrate who issued the warrant or, in his absence, before the nearest most accessible Judge/Magistrate within the judicial district where the alleged offense occurred. This order is made pursuant to Section 804.21 of the Iowa Criminal Code.
Defendant's bail is set in the amount of _____.
Unsecured appearance bond is _____acceptable _____unacceptable.
Ten percent deposit is _____acceptable _____unacceptable.

_____
Judge/Magistrate, Marshall County

Exhibit A to Branch Declaration

IN THE IOWA DISTRICT COURT IN AND FOR
MARSHALL COUNTY

This Complaint and Affidavit is to be:

☒ Filed with Court Clerk (cc: CA)

☐ Submitted to County Attorney

☐ Filed with JCO - Defendant is a Juvenile

Form Number: **PD24-01244** _____

Arrest Date: _____

## THE STATE OF IOWA

VS.

### OFFENDER

| Last | First | Middle | Suffix |
|---|---|---|---|
| DELGADILLO | VICTOR | ANTONIO | |

| Address | | City | State | Zip Code |
|---|---|---|---|---|
| ▉▉▉▉▉▉ | | MARSHALLTOWN | IA | 50158 |

| DL# | State | DL Class | DL Endorsements | DL Restrictions |
|---|---|---|---|---|
| ▉▉▉▉ | IA | C | | |

| Date of Birth | Gender | Race | Ethnicity |
|---|---|---|---|
| ▉▉▉▉ | MALE | WHITE - W | HISPANIC ORIGIN - H |

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|
| 6' 00" | 190 LBS | BLACK - BLK | BROWN - BRO |

### VEHICLE

| Year | Make | Model | Color |
|---|---|---|---|
| 2018 | CADILLAC - CADI | XTS | BLK |

| VIN | CDL Req? | Pass End Req? | HazMat End Req? | Style |
|---|---|---|---|---|
| ▉▉▉▉▉ | NO | | | 4D |

| Plate/Registration # | State | Year | US DOT Number | ICC/MC # |
|---|---|---|---|---|
| NHK668 | IA | 2024 | | |

### OFFENSE

| State | County | Local | Code Section | Crime Description | Speed | in | Zone |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | 707.2(1)(A) | MURDER IN THE 1ST DEGREE | | | |

| Class | Serious P.I. | Fatal Accident | Civil Damage Assessment | Other |
|---|---|---|---|---|
| FELA | ☐ | ☐ | ☐ | ☐ |

Location Type
**03 - BAR/NIGHTCLUB**

Literal Description
**OFF ROADWAY/ROADWAY NOT FOUND**

| Address | City | State | Zip Code |
|---|---|---|---|
| 19 N CENTER STREET | MARSHALLTOWN | IA | 50158 |

| Is Date and Time of Incident Known? | Incident Date or Low Range | Upper Date Range | Incident Time or Low Range | Upper Time Range |
|---|---|---|---|---|
| YES | 06/01/2024 | | 01:19 | |

### STATUS OF OFFENDER/JUVENILE

| ☐ TAKEN INTO CUSTODY | CUSTODY | ☐ SUMMONS TO APPEAR (Citation Issued) |
|---|---|---|
| ☒ WARRANT REQUESTED | ☐ NO CONTACT ORDER REQUESTED | ☐ RELEASED TO PARENT/GUARDIAN |

### NARRATIVE

Narrative of Offense Committed

On or about the above stated date and time, the Defendant did

having malice aforethought, willfully, deliberately, and with premeditation kill the victim

Exhibit A to Branch Declaration

AFFIDAVIT

**STATE OF IOWA,**        **MARSHALL COUNTY**

I, the undersigned, being duly sworn, state that all facts contained in this Complaint and Affidavit, known by me or told to me by other reliable persons form the basis for my belief that the defendant committed this crime

State all facts and persons relied upon supporting elements of alleged crime

AT THE ABOVE DATE, TIME, AND LOCATION THE DEFENDANT WENT TO CENTER STREET STATION WITH SEVERAL OTHER SUBJECTS.  WHILE THERE THE DEFENDANT THREW A CUP ON THE GROUND AND WAS CONFRONTED BY NIEDERMANN TO PICK IT UP.  THE DEFENDANT STARTED ARGUING WITH SUBJECTS AND IS SEEN ON VIDEO PUSHING AT LEAST TWO DIFFERENT SUBJECTS TO INCLUDE NIEDERMANN INITIATING PHYSICAL CONTACT WITH PEOPLE.  ACCORDING TO WITNESSES, THE DEFENDANT LIFTS HIS SHIRT SHOWING HE IS CARRYING A FIREARM AND THREATENS TO SHOOT NIEDERMANN.  WHEN THE DEFENDANT PUSHES NIEDERMANN AGAIN, HE IS THEN STRUCK WITH AN OBJECT BY NIEVES. THE DEFENDANT THEN PULLS OUT A GUN AND SHOOTS NIEVES MULTIPLE TIMES.  NIEVES DIES FROM HIS INJURES.

|  | WEEKLEY, SADIE | 422 |
|---|---|---|
| Signature of Complainant or Officer, Off | Signature of Complainant or Officer, Officer Name & Number | |

**GENERAL PROBABLE CAUSE**

Defendant Implicated

**07 - IDENTIFIED BY WITNESSES, 10 - POSSESSION/DISPLAY/USE OF DANGEROUS WEAPONS, 14 - OTHER PHYSICAL EVIDENCE**

| Operating Motor Vehicle in County | Other Physical Evidence | Attempted To Inflict Injury |
|---|---|---|
|  | VIDEO |  |

**STATE OF IOWA,**        **MARSHALL COUNTY**

| | |
|---|---|
| Subscribed and sworn to before me by the person(s) signing the Complaint and Affidavit(s) on   06/02/2024 | |
| Notary Name         **TODD TUTTLE** | Signature of Verifying Party |
| Commission Number        **788793** | TODD TUTTLE Commission Number 788793 My Commission Expires |
| My Commission Expires        **03/02/2027** | ☐ Peace Officer   ☒ Notary   ☐ Prosecuting Attorney |

NOTARIAL SEAL IOWA

Exhibit A to Branch Declaration