UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LUIS DELGADILLO, *et al.*, | Case No. 8:25-cv-02401-FWS-ADS |
| *Plaintiffs*, | **DECLARATION OF JOSE JAVIER SANTOS MIMOSO** |
| v. | |
| CITY OF ANAHEIM, *et al.*, | |
| *Defendants*. | |

1

I, Jose Javier Santos Mimoso, hereby declare as follows:

1.    I am a Senior Associate General Counsel for the United States Marshals Service (USMS), United States Department of Justice, Arlington, Virginia, and I am responsible for overseeing the administrative tort claims received by this office.

2.    The Office of General Counsel (OGC) is the custodian of agency records relating to the filing, evaluation, and disposition of administrative claims presented to the USMS under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346(b)(1), 28 U.S.C. §§ 2671-2680.  The FTCA is the exclusive administrative procedure for submitting tort claims to the USMS.  All administrative tort claims that allege activities by the USMS or its employees are sent, or forwarded, to the OGC to investigate and adjudicate the claims.

3.    As a routine business practice, the OGC maintains a record of each administrative claim received by the USMS.  The claims are indexed by claimant.  The OGC also maintains a record of correspondence sent by the USMS to claimants, and vice versa, related to the claim.

4.    I have reviewed the First Amended Complaint filed on November 19, 2025 by the Plaintiffs Luis Delgadillo and Melissa Hernandez, individually and as successors in interest to Victor Delgadillo, filed in the United States District Court for the Central District of California under Case No. 8:25-cv-02401-FWS.

5.    On April 16, 2026, I conducted a thorough search of all available administrative claim records of OGC to determine whether an administrative tort claim was presented to the USMS by Luis Delgadillo or Melissa Hernandez in relation to the August 9, 2024 incident involving Victor Delgadillo, as described in the First Amended Complaint.  The search revealed <u>no</u> record of the receipt by the USMS of an administrative tort claim by either Luis Delgadillo or Melissa Hernandez.

6.    I make this declaration based on the information available to me in USMS databases and records and declare pursuant to 28 U.S.C. § 1746, under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

/ / /

2

Executed on April 16, 2026, in Arlington, Virginia.

JOSE SANTOS MIMOSO

Digitally signed by JOSE SANTOS MIMOSO
Date: 2026.04.16 08:52:14 -04'00'

Jose Javier Santos Mimoso
Senior Associate General Counsel
United States Marshals Service

3