UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LUIS DELGADILLO, *et al.*, | Case No. 8:25-cv-02401-FWS-ADS |
| *Plaintiffs*, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| CITY OF ANAHEIM, *et al.*, | |
| *Defendants*. | |

1

Upon consideration of the Motion to Dismiss filed by Defendants United States of America, Addi Garcia, Jason Jorski and Sylvia Ruiz (collectively, Defendants), and for good cause shown, the Motion to Dismiss is **GRANTED**.  Accordingly, the Court **ORDERS** the following:

- Plaintiffs' § 1983 claims (Claims 1, 2, and 5) against Defendants Addi Garcia, Jason Jorski and Sylvia Ruiz are dismissed with prejudice for lack of subject matter jurisdiction;

- Plaintiffs' *Bivens* claims (Claims 6 and 7) against Defendants Addi Garcia, Jason Jorski and Sylvia Ruiz are dismissed with prejudice for failure to state a claim;

- Plaintiffs' battery and negligence claims (Claims 8 and 8) against Defendant United States of America are dismissed for lack of subject matter jurisdiction and without leave to amend; and

- Plaintiffs' Bane Act claim (Claim 10) against Defendant United States of America is dismissed with prejudice for lack of subject matter jurisdiction.

**SO ORDERED.**

Date:

_____
The Honorable Fred W. Slaughter
United States District Judge