Shannon L. Gustafson (SBN228856)
sgustafson@lynberg.com
Amy R. Margolies (SBN283471)
amargolies@lynberg.com
Ayako W. Peters (SBN312156)
apeters@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W, Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF SAN BERNARDINO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANAHIEIM, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO: 8:25-cv-02401-FWS<br><br>*Assigned for All Purposes to:*<br>*Hon. Fred W. Slaughter*<br>*Ctrm 10D*<br>*Magistrate Judge: Autumn D. Spaeth*<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF SAN BERNARDINO TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>*Complaint filed: 09/09/2025*<br>*FAC filed: 11/19/2025* |

1

**STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF SAN BERNARDINO TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Plaintiffs LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased (collectively "Plaintiffs"), and Defendant COUNTY OF SAN BERNARDINO ("County"), through their respective counsel of record, hereby stipulate and request the Court grant Defendant an additional thirty- day extension of time to respond to Plaintiffs' Second Amended Complaint for the reasons below:

WHEREAS, on September 9, 2025 Plaintiffs filed their First Amended Complaint. *See* generally FAC (Dkt. No. 15);

WHEREAS, on June 23, 2026, the Court granted Defendants the United States and Special Deputy U.S. Marshals Addi Garcia, Jason Jorski, and Sylvia Ruiz's ("Deputy Defendants" and, together with the United States, the "Federal Defendants") motion to dismiss the Deputy Defendants under 42 U.S.C. § 1983 and under *Bivens* and the United States for battery, negligence, and violation of the Bane Act (Dkt, No. 53);

WHEREAS, on July 7, 2026 Plaintiffs filed their Second Amended Complaint. *See* generally SAC (Dkt. No. 55);

WHEREAS, on July 9, 2026, counsel for the parties engaged in a substantive meet-and-confer regarding the allegations against Defendant County. During those discussions, Defendants provided Plaintiffs' counsel with evidence that Defendants contend support their position. Plaintiffs are reviewing the information provided, and the parties continue to meet and confer regarding Plaintiffs' allegations against the County in Plaintiffs' Second Amended Complaint.

**Good cause exists for the requested extension.**

The requested extension will allow the parties sufficient time to complete their ongoing discussions and may eliminate the need for motion practice or other court intervention. Accordingly, the parties respectfully request that Defendants' deadline to respond to the operative complaint be extended by thirty (30) days. This

STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF SAN BERNARDINO TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

request is made in good faith, is not sought for purposes of delay, and will promote judicial economy by allowing the parties an opportunity to resolve the issue without unnecessary litigation.

**IT IS SO STIPULATED.**

DATED:  July 20, 2026

**LYNBERG & WATKINS**
A Professional Corporation

By: /s/ Amy R. Margolies
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
**AYAKO W. PETERS**
Attorneys for Defendant, COUNTY OF SAN BERNARDINO

DATED:  July 20, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: /s/ Hang D. Le
**Dale K. Galipo**
**Hang D. Le**
Attorneys for Plaintiffs
Luis Delgadillo and Melissa Hernandez

All signatories listed, and in whose behalf the filing is submitted, concur in the filing's content, and have authorized filing.

DATED:  July 20, 2026

**LYNBERG & WATKINS**
A Professional Corporation

By: /s/ Amy R. Margolies +
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
**AYAKO W. PETERS**
Attorneys for Defendant, COUNTY OF SAN BERNARDINO

3

**STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF SAN BERNARDINO TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**