UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANAHIEIM, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO: 8:25-cv-02401-FWS<br><br>*Assigned for All Purposes to:*<br>*Hon. Fred W. Slaughter*<br>*Ctrm 10D*<br>*Magistrate Judge: Autumn D. Spaeth*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF SAN BERNARDINO TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>*Complaint filed: 09/09/2025*<br>*FAC filed: 11/19/2025*<br>*SAC filed: 07/07/2026* |

## [PROPOSED] ORDER

Pursuant to the Stipulation of Plaintiffs and Defendant and for good cause shown, the Court Orders as follows:

1.    County's responsive pleading to Plaintiffs' Second Amended Complaint shall be filed on or before August 20, 2026.

**IT IS SO ORDERED.**

DATED:

_____

**HON. FRED W. SLAUGHTER**
United States District Court Judge

[PROPOSED] ORDER