**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased,

Plaintiffs,

v.

CITY OF ANAHIEIM, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA; and DOES 1-10, inclusive,

Defendants.

Case No. 8:25-cv-02401-FWS-ADS

**ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF SAN BERNARDINO TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT [56]**

///

///

///

1
ORDER

## ORDER

Having reviewed and considered the Stipulation to Extend Time for Defendant County of San Bernardino to Respond to Plaintiffs' Second Amended Complaint [56], between Plaintiffs Luis Delgadillo, individually and as successor in interest to Victor Delgadillo, deceased and Melissa Hernandez, individually and as successor in interest to Victor Delgadillo, deceased (collectively "Plaintiffs"), and Defendant County of San Bernardino ("County"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

County's responsive pleading to Plaintiffs' Second Amended Complaint shall be filed on or before **August 20, 2026**.

**IT IS SO ORDERED**.

Dated:  July 21, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE