ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
DIANA ESQUIVEL
Deputy Attorney General
State Bar No. 202954
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-7320
  Facsimile: (916) 322-8288
  E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant State of California, by and
through the California Department of Corrections
and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **LUIS DELGADILLO, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF ANAHEIM, et al.,**<br><br>Defendants. | No. 8:25-cv-02401 FWS (ADSx)<br><br>**STIPULATION FOR SIXTEEN-DAY EXTENSION FOR DEFENDANT STATE OF CALIFORNIA TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>SAC Filed & Served: July 7, 2026<br>Current Response due: July 21, 2026<br>New Response due: Aug. 6, 2026 |

Under Federal Rules of Civil Procedure 6(b)(1)(A) and Local Rule 7-1, Plaintiffs and Defendant State of California, by and through the California Department of Corrections and Rehabilitation (CDCR), through their respective attorneys of record, stipulate to a sixteen-day extension, up to and including August 6, 2026, for CDCR to respond to the Second Amended Complaint (SAC). Good cause exists to grant this requested extension for the following reasons:

1. Plaintiffs filed and served the SAC on July 7, 2026. (ECF No. 55.) Plaintiffs filed the SAC after the Court granted Defendants the United States and Special Deputy U.S. Marshals Addi Garcia, Jason Jorski, and Sylvia Ruiz's motion to dismiss the claims against them under 42 U.S.C. § 1983, *Bivens*, and for battery, negligence, and violation of the Bane Act (ECF No. 53).

2. CDCR's response to the SAC is due July 21, 2026. Fed. R. Civ. P. 15(b)(3). CDCR has not previously requested an extension of time to respond to the SAC.

4. The attorney for CDCR requires more time to evaluate the SAC, specifically to determine how the agents' dual roles as CDCR employees and Special U.S. Marshals, affects Plaintiffs' claims against CDCR for vicarious liability. Defense counsel will also need time to meet and confer with Plaintiffs' counsel if there is grounds to file a motion to dismiss.

5. Good cause appearing, and based on the parties' stipulation, CDCR requests the Court grant it an extension to August 6, 2026, to respond to the SAC.

IT IS SO STIPULATED.

Dated: July 21, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant CDCR*

/ / /

/ / /

/ / /

/ / /

Dated:  July 21, 2026

LAW OFFICES OF DALE K. GALIPO

*/s/ Hang D. Le* *

DALE K. GALIPO
HANG D. LE
*Attorneys for Plaintiffs Luis Delgadillo and Melissa Hernandez*

*As required under Local Rule 5-4.3.4(a)(2)(i), the filer, Diana Esquivel, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

SD2025306007
39980208