IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS DELGADILLO, et al.,** | No. 8:25-CV-02401 FWS (ADSx) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION FOR SIXTEEN-DAY EXTENSION FOR DEFENDANT STATE OF CALIFORNIA TO RESPOND TO THE SECOND AMENDED COMPLAINT** |
| **v.** | |
| **CITY OF ANAHEIM, et al.,** | |
| Defendants. | |

Good cause appearing, the parties' stipulation is GRANTED. Defendant State of California, by and through the California Department of Corrections and Rehabilitation, shall respond to Plaintiffs' Second Amended Complaint on or before August 6, 2026.

IT IS SO ORDERED.

Dated: _____     _____

Honorable Fred W. Slaughter
U.S. District Court Judge

SD2025306007
39980346

1