**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS DELGADILLO, et al., | Case No. 8:25-cv-02401-FWS-ADS |
| Plaintiffs, | **ORDER RE STIPULATION FOR SIXTEEN-DAY EXTENSION FOR DEFENDANT STATE OF CALIFORNIA TO RESPOND TO THE SECOND AMENDED COMPLAINT [59]** |
| v. | |
| CITY OF ANAHEIM, et al. | |
| Defendants. | |

///

///

///

---

**1**

**ORDER**

## ORDER

Having reviewed and considered the Stipulation for Sixteen-Day Extension for Defendant State of California to Respond to the Second Amended Complaint [59], the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

Defendant State of California, by and through the California Department of Corrections and Rehabilitation, shall respond to Plaintiffs' Second Amended Complaint on or before **August 6, 2026**.

**IT IS SO ORDERED**.

Dated:  July 22, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE