ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
DIANA ESQUIVEL
Deputy Attorney General
State Bar No. 202954
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone:  (916) 210-7320
  Facsimile:  (916) 322-8288
  E-mail:  Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant State of California, by and through the California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **LUIS DELGADILLO, et al.,** | No. 8:25-cv-02401 FWS (ADSx) |
| Plaintiffs, | **SECOND STIPULATION FOR FOURTEEN-DAY EXTENSION FOR DEFENDANT STATE OF CALIFORNIA TO RESPOND TO THE SECOND AMENDED COMPLAINT** |
| **v.** | |
| **CITY OF ANAHEIM, et al.,** | |
| Defendants. | SAC Filed & Served:  July 7, 2026 |
| | Current Response due:  Aug. 6, 2026 |
| | New Response due:  Aug. 20, 2026 |

Under Federal Rules of Civil Procedure 6(b)(1)(A) and Local Rule 7-1, Plaintiffs and Defendant State of California, by and through the California Department of Corrections and Rehabilitation (CDCR), through their respective attorneys of record, stipulate to a fourteen-day extension, up to and including August 20, 2026, for CDCR to respond to the Second Amended Complaint (SAC). Good cause exists to grant this requested extension for the following reasons:

1.  Plaintiffs filed and served the SAC on July 7, 2026. (ECF No. 55.) Plaintiffs filed the SAC after the Court granted Defendants the United States and Special Deputy U.S. Marshals Addi Garcia, Jason Jorski, and Sylvia Ruiz's  motion to dismiss the claims against them under 42 U.S.C. § 1983, *Bivens*, and for battery, negligence, and violation of the Bane Act (ECF No. 53).

2.  CDCR's response to the SAC was originally due on July 21, 2026. Fed. R. Civ. P. 15(b)(3). CDCR requested and obtained a sixteen-day extension to respond to the SAC to allow CDCR's attorney time to evaluate the SAC, specifically to determine how the agents' dual roles as CDCR employees and Special U.S. Marshals, affects Plaintiffs' claims for vicarious liability. (*See* ECF Nos. 59-60.)

3.  CDCR's attorney is still evaluating the SAC to determine the appropriate course of action and to meet and confer with Plaintiffs' counsel if a motion to dismiss is warranted.

4. In addition, Plaintiffs intend to amend the complaint to add a new Defendant such that the SAC will likely be superseded. If the Third Amended Complaint (TAC) is filed before CDCR's responds to the SAC, responding to the SAC will be moot, and CDCR will need to respond to the TAC.

5.  Good cause appearing, and based on the parties' stipulation, CDCR requests the Court grant it an extension to August 20, 2026, to respond to the SAC or the TAC if filed before the new deadline to respond to the operative complaint.

IT IS SO STIPULATED.

Dated:  August 6, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant CDCR*

Dated:  August 6, 2026

LAW OFFICES OF DALE K. GALIPO

*/s/ Hang D. Le* *

DALE K. GALIPO
HANG D. LE
*Attorneys for Plaintiffs Luis Delgadillo and Melissa Hernandez*

*As required under Local Rule 5-4.3.4(a)(2)(i), the filer, Diana Esquivel, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

SD2025306007
45175589