IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS DELGADILLO, et al.,** | No. 8:25-CV-02401 FWS (ADSx) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION FOR FOURTEEN - DAY EXTENSION FOR DEFENDANT STATE OF CALIFORNIA TO RESPOND TO THE OPERATIVE COMPLAINT** |
| **v.** | |
| **CITY OF ANAHEIM, et al.,** | |
| Defendants. | |

/ / /

/ / /

/ / /

1

## **ORDER**

Having reviewed and considered the Stipulation for Fourteen-Day Extension for Defendant State of California to Respond to the Second Amended Complaint, the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court APPROVES the Stipulation and ORDERS the following:

Defendant State of California, by and through the California Department of Corrections and Rehabilitation, shall respond to Plaintiffs' Second Amended Complaint on or before August 20, 2026. If Plaintiffs file their intended Third Amended Complaint before August 20, Defendant is excused from responding to the Second Amended Complaint and shall respond to the Third Amended Complaint as required under Federal Rule of Civil Procedure 15(b)(3).

IT IS SO ORDERED.

Dated: _____            _____

Honorable Fred W. Slaughter
United States District Judge

SD2025306007
39980346

2