**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS DELGADILLO, et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>CITY OF ANAHEIM, et al.<br><br>               Defendants. | Case No. 8:25-cv-02401-FWS-ADS<br><br>**ORDER RE SECOND STIPULATION FOR FOURTEEN-DAY EXTENSION FOR DEFENDANT STATE OF CALIFORNIA TO RESPOND TO THE SECOND AMENDED COMPLAINT [61]** |

///

///

///

1

**ORDER**

## ORDER

Having reviewed and considered the Second Stipulation for Fourteen-Day Extension for Defendant State of California to Respond to the Second Amended Complaint [61], the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

Defendant State of California, by and through the California Department of Corrections and Rehabilitation, shall respond to Plaintiffs' Second Amended Complaint on or before **August 20, 2026**. If Plaintiffs file their intended Third Amended Complaint before August 20, 2026, Defendant is excused from responding to the Second Amended Complaint and shall respond to the Third Amended Complaint as required under Federal Rule of Civil Procedure 15(b)(3).

**IT IS SO ORDERED**.

Dated: August 10, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE