Shannon L. Gustafson (SBN228856)
sgustafson@lynberg.com
Amy R. Margolies (SBN283471)
amargolies@lynberg.com
Ayako W. Peters (SBN312156)
apeters@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W, Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF SAN BERNARDINO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANAHIEIM, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO: 8:25-cv-02401-FWS<br><br>*Assigned for All Purposes to:*<br>*Hon. Fred W. Slaughter*<br>*Ctrm 10D*<br>*Magistrate Judge: Autumn D. Spaeth*<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTY OF SAN BERNARDINO**<br><br>**[Fed. R. Civ. P. 41(a)(1)(ii)]**<br><br>*Complaint filed: 09/09/2025*<br>*FAC filed:  11/19/2025* |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTY OF SAN BERNARDINO**

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for Defendant COUNTY OF SAN BERNARDINO, and Plaintiffs LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased, and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased ("Plaintiffs"), by and through their undersigned counsel of record, hereby stipulate to the dismissal with prejudice of Defendant COUNTY OF SAN BERNARDINO from this action. Each side is to bear its own fees and costs incurred in this matter.

**IT IS SO STIPULATED.**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  August 11, 2026

**LYNBERG & WATKINS**
A Professional Corporation


By:  /s/ Amy R. Margolies
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
**AYAKO W. PETERS**
Attorneys for Defendant, COUNTY OF
SAN BERNARDINO


DATED:  August 11, 2026

**LAW OFFICES OF DALE K. GALIPO**


By:  /s/ Hang D. Le
**Dale K. Galipo**
**Hang D. Le**
Attorneys for Plaintiffs
Luis Delgadillo and Melissa Hernandez

2
**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
**OF DEFENDANT COUNTY OF SAN BERNARDINO**

All signatories listed, and in whose behalf the filing is submitted, concur in the filing's content, and have authorized filing.

DATED:  August 11, 2026

**LYNBERG & WATKINS**
A Professional Corporation


By:  /s/ Amy  R. Margolies
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
**AYAKO W. PETERS**
Attorneys for Defendant, COUNTY OF SAN BERNARDINO

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
OF DEFENDANT COUNTY OF SAN BERNARDINO**