UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ANAHIEIM, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO: 8:25-cv-02401-FWS <br><br> *Assigned for All Purposes to:* <br> *Hon. Fred W. Slaughter* <br> *Ctrm 10D* <br> *Magistrate Judge: Autumn D. Spaeth* <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTY OF SAN BERNARDINO** <br><br> **[Fed. R. Civ. P. 41(a)(1)(ii)]** <br><br> *Complaint filed: 09/09/2025* <br> *FAC filed: 11/19/2025* |

**1**

**[PROPOSED] ORDER**

## [PROPOSED] ORDER

GOOD CAUSE APPEARING IT IS SO ORDERED:

Defendant COUNTY OF SAN BERNARDINO to be dismissed with prejudice from the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

DATED:

_____
**HON. FRED W. SLAUGHTER**
United States District Court Judge