**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ANAHIEIM, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO: 8:25-cv-02401-FWS-ADS <br><br> **ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTY OF SAN BERNARDINO [63]** |

///

///

///

**1**
**ORDER**

# ORDER

The court has reviewed and considered the stipulation between Defendant County of San Bernardino, and Plaintiffs Luis Delgadillo, and Melissa Hernandez, to dismiss Defendant County Of San Bernardino Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Dkt. 63 ("Stipulation").)  Based on the state of the record, as applied to the relevant law, and for good cause shown in the Stipulation, the court **APPROVES** the Stipulation and orders the following:

Defendant County of San Bernardino is **DISMISSED WITH PREJUDICE** from the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: August 12, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE