**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased,

Plaintiffs,

vs.

CITY OF ANAHEIM; COUNTY OF SAN BERNARDINO; STATE OF CALIFORNIA; and DOES 4-10, inclusive,

Defendants.

Case No. 8:25-cv-02401-FWS-ADS

*Hon. Fred W. Slaughter*

**STIPULATION FOR ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT**

**TO THE HONORABLE COURT**:

Plaintiffs Melissa Hernandez and Luis Delgadillo and Defendants City of Anaheim and State of California, by and through their respective attorneys of record, hereby stipulate as follows:

1. Plaintiffs filed their initial Complaint on September 9, 2025, alleging that City of Anaheim Police Officers and various local law enforcement agents from the County of San Bernardino and State of California acted in conjunction with the United States Marshals Service agents to detain and arrest Decedent Victor Delgadillo and in the process, used excessive force against Decedent. At the time of the initiation of the lawsuit, Plaintiffs did not know the identities of the specific individuals involved in the incident.

2. Through discovery, Plaintiffs' counsel have been able to ascertain the identifies of the involved individuals, including City of Anaheim police officer Michael Lee.

3. The parties have met and conferred and agree that good cause exists to request an order granting Plaintiffs leave to file a Third Amended Complaint.

4. Specifically, Plaintiffs seek to file a Third Amended Complaint to name Michael Lee as one of the Doe Defendants and to clean up the Complaint in relation to the recent dismissal of Defendant County of San Bernardino.

5. The Third Amended Complaint shall serve as the operative complaint in the above-referenced litigation. A redlined version of the Third Amended Complaint is attached hereto as Exhibit "A", pursuant to Local Rule 15 and this Court's Initial Standing Order. A clean copy of the proposed Third Amended Complaint is attached hereto as Exhibit "B." Plaintiffs shall file their Third Amended Complaint no later than seven (7) days after the date of the Court's Order approving this stipulation. Defendants' response to Plaintiffs' Third Amended Complaint shall be served and filed no later than twenty-one (21) days after the date of service.

//

IT IS SO STIPULATED.

DATED: September 9, 2026

LAW OFFICES OF DALE K. GALIPO

By *[/s/ Hang D. Le]*
Dale K. Galipo
Hang D. Le
Attorneys for Plaintiffs
MELISSA HERNANDEZ AND LUIS DELGADILLO

DATED: September 9, 2026

ROBERT FABELA, CITY ATTORNEY

By *[/s/ Anita K. Clarke]*
Anita K. Clarke
Gregg M. Audet
Attorneys for Defendant
CITY OF ANAHEIM

DATED: September 9, 2026

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

By *[/s/ Diana Esquivel]*
Diana Esquivel
Deputy Attorney General
*Attorneys for Defendants State of Cal., by and through CDCR*

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.