**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased,

Plaintiffs,

v.

CITY OF ANAHEIM; COUNTY OF SAN BERNARDINO; STATE OF CALIFORNIA; and DOES 4-10, inclusive,

Defendants.

Case No. 8:25-cv-02401-FWS-ADS

**ORDER RE STIPULATION FOR ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT [65]**

///

///

///

**ORDER**

The court has reviewed the parties' Stipulation for Order Granting Leave for Plaintiffs to File Third Amended Complaint. (Dkt. 65 ("Stipulation").) Based on the state of the record, as applied to the relevant law, and for good cause shown in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** as follows:

1. Plaintiffs are granted leave to file a Third Amended Complaint.

**2.** Plaintiffs shall file their Third Amended Complaint as a new and separate filing on or before **September 18, 2026.**

3. Defendants' response to Plaintiffs' Third Amended Complaint shall be served and filed no later than **twenty-one (21) days** after the date of service.

**IT IS SO ORDERED**.

Dated: September 9, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE