ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
DIANA ESQUIVEL
Deputy Attorney General
State Bar No. 202954
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7320
Facsimile: (916) 322-8288
E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant State of California, by and through the California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **LUIS DELGADILLO, et al.,**<br>Plaintifs,<br>**v.**<br>**CITY OF ANAHEIM, et al.,**<br>Defendants. | No. 8:25-cv-02401 FWS (ADSx)<br>**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT STATE OF CALIFORNIA**<br>[Fed. R. Civ. P. 41(a)(1)(ii)]<br>Complaint Filed: Sept. 9, 2025<br>Action Removed: Oct. 23, 2025<br>TAC Filed: Sept. 18, 2026 |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant State of California, by and through the California Department of Corrections and Rehabilitation ("State"), and Plaintiffs Luis Delgadillo and Melissa Hernandez, individually and as successors in interest to Victor Delgadillo, deceased ("Plaintiffs"), by and through their respective counsel of record, stipulate to the dismissal without prejudice of Defendant State from this action.

Each side is to bear its own fees and costs incurred in this matter.

IT IS SO STIPULATED.

Dated: October 9, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

***/s/ Diana Esquivel***

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant State of Cal., by and through CDCR*

Dated: October 9, 2026

LAW OFFICES OF DALE K. GALIPO

***/s/ Hang D. Le****

DALE K. GALIPO
HANG D. LE
*Attorneys for Plaintiffs Luis Delgadillo and Melissa Hernandez*

*As required under Local Rule 5-4.3.4(a)(2)(i), the filer, Diana Esquivel, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

SD2025306007
45366449