**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANAHEIM; COUNTY OF SAN BERNARDINO; STATE OF CALIFORNIA; and DOES 4-10, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02401-FWS-ADS<br><br>*Hon. Fred W. Slaughter*<br><br>**STIPULATION FOR ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE FOURTH AMENDED COMPLAINT** |

**TO THE HONORABLE COURT**:

Plaintiffs Melissa Hernandez and Luis Delgadillo and Defendants City of Anaheim and Michael Lee, by and through their respective attorneys of record, hereby stipulate as follows:

1. Plaintiffs filed their initial Complaint on September 9, 2025, alleging that City of Anaheim Police Officers and various local law enforcement agents from the County of San Bernardino and State of California acted in conjunction with the United States Marshals Service agents to detain and arrest Decedent Victor Delgadillo and in the process, used excessive force against Decedent.

2. On November 19, 2025, Plaintiffs filed a First Amended Complaint, naming California Department of Corrections and Rehabilitation (CDCR) Special Agents Addi Garcia, Jason Jorski, and Sylvia Ruiz was invidual defendants. At the time of the filing, it was unknown whether the CDCR Special Agents were acting pursuant to their employment with the State of California and under color of state law or acting pursuant to employment with the United States and under color of federal law as special agents for the U.S. Marshals Service.

3. On March 27, 2026, the United States filed a Notice of Substitution, substituting the United States of America as the defendant, in place of defendants Addi Garcia, Jason Jorski, and Sylvia Ruiz under Plaintiffs' state law claims. (Doc. No. 45). The basis for the substitution was a certification by the Chief of the Civl Division for the Central District of California stating that the individual defendants were acting within the course and scope of their employment with the United States at the time of the incident. (Doc. No. 45).

4. Due to the representations made in the Notice of Substitution, Plaintiffs filed an administrative tort claim with the United States Marshals Service pursuant to the Federal Tort Claims Act (28 U.S.C. § 1346(b)) on April 20, 2026.

5. On April 29, 2026, Defendants United States of America, Addi Garcia, Jason Jorski, and Sylvia Ruiz (collectively, "U.S. Defendants") filed a Motion to

Dismiss. Among the arguments made by the U.S. Defendants was that Plaintiffs could not maintain state law claims against the U.S. Defendants because Plaintiffs had not exhausted their adminstrative remedies prior to filing suit. On June 23, 2026, the Court issued an Order granting U.S. Defendants' Motion to Dismiss. (Doc. No. 53). The Court found that the FTCA required a claimant to present a claim to the appropriate Federal agency an that an action could not be instituted against the United States for money damages until after the claim is either denied by the agency or six months elapsed without a final disposition from the agency. (*Id.* at 7). Additionally, the Court granted Plaintiffs' request to amend the last day to hear motions to amend pleadings/add parties to December 10, 2026 to provide Plaintiffs with sufficient time to attempt to exhaust their adminstrative remedies under the FTCA. (*Id.*).

6. Plaintiffs' FTCA claims, submitted individually and on behalf of the the Decedent, were denied on Novmeber 12, 2026 and November 18, 2026 respectively.

7. Accordingly, Plaintiffs seek leave to file a Fourth Amended Complaint to re-name the United States of America as a Defendant under Plaintiff's state law claims for battery and negligence.

8. The parties have met and conferred and agree that good cause exists to request an order granting Plaintiffs leave to file a Fourth Amended Complaint.

9. The Fourth Amended Complaint shall serve as the operative complaint in the above-referenced litigation. A redlined version of the Fourth Amended Complaint is attached hereto as Exhibit "A", pursuant to Local Rule 15 and this Court's Initial Standing Order. A clean copy of the proposed Third Amended Complaint is attached hereto as Exhibit "B." Plaintiffs shall file their Fourth Amended Complaint no later than seven (7) days after the date of the Court's Order approving this stipulation. Defendants' response to Plaintiffs' Fourth Amended Complaint shall be served and filed no later than twenty-one (21) days after the date of service.

//

//

IT IS SO STIPULATED.

DATED: November 24, 2026

LAW OFFICES OF DALE K. GALIPO

By *\/s/ Hang D. Le*

Dale K. Galipo
Hang D. Le
Attorneys for Plaintiffs
MELISSA HERNANDEZ AND LUIS DELGADILLO

DATED: November 24, 2026

ROBERT FABELA, CITY ATTORNEY

By *\/s/ Anita K. Clarke**

Anita K. Clarke
Gregg M. Audet
Attorneys for Defendants
CITY OF ANAHEIM and MICHAEL LEE

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.