**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased,

Plaintiffs,

vs.

CITY OF ANAHEIM; COUNTY OF SAN BERNARDINO; STATE OF CALIFORNIA; and DOES 4-10, inclusive,

Defendants.

Case No. 8:25-cv-02401-FWS-ADS

*Hon. Fred W. Slaughter*

**[PROPOSED] ORDER RE: STIPULATION FOR ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE FOURTH AMENDED COMPLAINT**

# [PROPOSED] ORDER

Having reviewed the parties' Stipulation for Order Granting Leave for Plaintiffs to File Fourth Amended Complaint and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED as follows:

1. Plaintiffs are granted leave to file a Fourth Amended Complaint.

2. Plaintiffs shall file their Fourth Amended Complaint no later than seven (7) days after the date of this Order. Defendants' response to Plaintiffs' Fourth Amended Complaint shall be served and filed no later than twenty-one (21) days after the date of service.

IT IS SO ORDERED.

Dated: ____________________

______________________________
Honorable Fred W. Slaughter
United States District Judge