**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUIS DELGADILLO, individually and as successor in interest to VICTOR DELGADILLO, deceased; and MELISSA HERNANDEZ, individually and as successor in interest to VICTOR DELGADILLO, deceased,

Plaintiffs,

vs.

CITY OF ANAHEIM; COUNTY OF SAN BERNARDINO; STATE OF CALIFORNIA; and DOES 4-10, inclusive,

Defendants.

Case No. 8:25-cv-02401-FWS-ADS

Hon. Fred W. Slaughter

**ORDER RE STIPULATION FOR ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE FOURTH AMENDED COMPLAINT [75]**

# ORDER

Having reviewed and considered the parties' Stipulation for Order Granting Leave for Plaintiffs to File Fourth Amended Complaint [75] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

1. Plaintiffs are **GRANTED LEAVE TO FILE** a Fourth Amended Complaint.
2. Plaintiffs shall file their Fourth Amended Complaint **on or before December 1, 2026**.
3. Defendants shall file a response to the Fourth Amended Complaint **on or before December 22, 2026**.

**IT IS SO ORDERED**.

Dated: November 25, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE